William MERCURIO, George Bachman, and Thomas Romeo, Plaintiffs in Error, v. UNITED STATES of America, Defendant in Error.

Circuit Court of Appeals, Second Circuit.
May 20, 1929.

No. 348.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

James C. Setright and D. Charles O'Brien, both of Syracuse, N. Y., for plaintiffs in error.

Oliver D. Burden, U. S. Atty., and James J. Crowley, Asst. U. S. Atty., both of Syracuse, N. Y.

PER CURIAM. Judgment [33 F.(2d) 142] affirmed.